(SPACE BELOW FOR FILING STAMP ONLY)

DOUG R. ALLISTON (SB# 137767)
J. DOUGLAS DURHAM (SB# 153476)
**MURPHY, CAMPBELL, GUTHRIE & ALLISTON**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311

Attorneys for Defendant
CSAC EXCESS INSURANCE AUTHORITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA STATE ASSOCIATION OF COUNTIES EXCESS INSURANCE AUTHORITY, a California Joint Powers Authority,<br><br>　　　　　Defendant. | Case No. 2:13-cv-00364-MCE-CKD<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF BY 45 DAYS**<br><br>Complaint Filed: 12/07/12 |
| CSAC EXCESS INSURANCE AUTHORITY, a California Joint Powers Authority,<br><br>　　Counter-Complainant, Third-Party Plaintiff.<br><br>　vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation, CALIFORNIA INSURANCE GUARANTEE ASSOCIATION, a statutory entity,<br><br>　　Counter-Defendant and Third-Party Defendant, respectively. | |

/ / /

/ / /

1

STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF BY 45 DAYS

The parties to this action, by and through their counsel of record, hereby stipulate as follows:

WHEREFORE the parties have diligently engaged in meet and confer efforts to prepare a stipulation of facts in order to avoid the necessity of excessive discovery, and said efforts have produced such a stipulation;

WHEREFORE limited written discovery was propounded by Defendant, Counter-Complainant, and Third-Party Plaintiff CALIFORNIA STATE ASSOCIATION OF COUNTIES EXCESS INSURANCE AUTHORITY ("CSAC EIA") upon Plaintiff NATIONAL UNION, seeking information concerning NATIONAL UNION'S claim of prejudice with respect to "late notice" as a defense to coverage, as well as issues relating to NATIONAL UNION'S defense under the "no voluntary payments" provision of the insurance policy at issue in this litigation;

WHEREFORE NATIONAL UNION indicated it could not respond to many of CSAC EIA's inquiries because such responses would be speculative;

WHEREFORE NATIONAL UNION subsequently propounded discovery on CSAC EIA seeking to depose CSAC EIA, and to obtain documents relevant to its claim of prejudice as to "late notice" as a defense to coverage under the insurance policy at issue in this litigation with a deposition date and document production due on June 5, 2014;

WHEREFORE the discovery cut-off ordered by the Court in this matter is June 6, 2014;

WHEREFORE CSAC EIA believes the information provided to NATIONAL UNION in response to NATIONAL UNION'S discovery could allow NATIONAL UNION to provide further or different responses to CSAC EIA'S prior written discovery, and seeks further time to be allowed to follow-up on these issues through formal discovery which it will be unable to do absent an extension of the current discovery cut-off;

COUNSEL FOR THE PARTIES HAVE MET AND CONFERRED and HEREBY AGREE AND STIPULATE that good cause exists to extend the discovery cut-off for 45 days, up to July 21, 2014.

/ / /

DATED: May 28, 2014

        MURPHY, CAMPBELL, ALLISTON & QUINN

        By: /S/
        Douglas R. Alliston
        Suzanne M. Nicholson
        Attorney for Defendant, Counter-Claimant and
        Third-Party Plaintiff, CSAC EXCESS INSURANCE AUTHORITY

DATED: May 23, 2014

        SINOTT, PUEBLA, CAMPAGNE & CURET APLC

        By: /S/
        Randy M. Marmour
        Attorney for Plaintiff and Counter-Defendant
        NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

DATED: May 27, 2014

        BLACK, COMPEAN & HALL, LLP

        By: /S/
        Frederick G. Hall
        Attorney for Third-Party Defendant
        CALIFORNIA INSURANCE GUARANTE ASSOCIATION

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, IT IS SO ORDERED. The discovery cutoff in this matter is extended from June 6, 2014 to July 21, 2014. All other deadlines set forth in the Court's Pretrial Scheduling Order (ECF No. 34) remain unaffected.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT