SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
    Randy M. Marmor, #074747
    rmarmor@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, a Pennsylvania Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>CALIFORNIA STATE ASSOCIATION OF COUNTIES EXCESS INSURANCE AUTHORITY, a California Public Entity Insurance Pool,<br><br>*Defendant*.<br><br>CSAC EXCESS INSURANCE AUTHORITY, a California Public Entity Insurance Pool,<br><br>*Counter-Plaintiff*,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>*Counter-Defendant*. | Case No. 2:13-CV-00364-MCE-CKD |

**STIPULATION TO DISMISS COMPLAINT, COUNTER-CLAIM AND THIRD-PARTY COMPLAINT**

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant National

Union Fire Insurance Company of Pittsburg, PA, Defendant, Counter-Complainant, and Third-

Party Plaintiff, CSAC Excess Insurance Authority, a California Joint Powers Authority ("EIA")

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111
TEL. (415) 352-6200 • FAX (415) 352-6224

and Third-Party Defendant California Insurance Guarantee Association ("CIGA"), through their designated counsel, that, as a result of a global settlement among the parties, National Union shall dismiss its Complaint against EIA with prejudice, EIA shall dismiss its Counter-Claim against National Union with prejudice and EIA shall dismiss its Third Party Complaint against CIGA with prejudice.  All parties stipulate to the above dismissals with prejudice and to bear their own costs and fees.

DATED: _____, 2014          SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By: _____

RANDY M. MARMOR
Attorneys for Plaintiff and Counter-Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA

DATED: _____, 2014          MURPHY, CAMPBELL, ALLISTON & QUINN

By: _____

DOUGLAS R. ALLISTON
Attorneys for Defendant and Counter-Claimant
CSAC EXCESS INSURANCE AUTHORITY

DATED: _____, 2014          BLACK, COMPEAN & HALL, LLP

By: _____

FREDERICK G. HALL
Attorneys for Third-Party Defendant
CALIFORNIA INSURANCE GURANTEE
ASSOCIATION

///
///
///
///
///
///
///
///
///

**ORDER**

Pursuant to the above stipulation (ECF No. 42), Plaintiff National Union Fire Insurance Company of Pittsburgh, PA's Complaint against Defendant California State Association of Counties Excess Insurance Authority is DISMISSED with prejudice; Defendant California State Association of Counties Excess Insurance Authority's Counter-Claim against Plaintiff National Union Fire Insurance Company of Pittsburgh, PA is DISMISSED with prejudice; and Defendant California State Association of Counties Excess Insurance Authority's Third Party Complaint against the California Insurance Guarantee Association is DISMISSED with prejudice.  All parties shall to bear their own costs and fees.  The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED:

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111
TEL (415) 352-6200 • FAX (415) 352-6224